NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROTON SPORTS INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

---

2023-1535

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1283.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                    PROTON SPORTS INC. v. ITC

(2)  Each side shall bear their own costs.


                                                 FOR THE COURT

June 2, 2023
        Date                        /s/ Jarrett B. Perlow
                                    Jarrett B. Perlow
                                    Acting Clerk of Court


**ISSUED AS A MANDATE:** June 2, 2023